8315. HALL *v.* THE STATE.

GEORGE, J. No error of law is complained of, and the evidence is sufficient to support the verdict of guilty. The court did not err in overruling the motion for a new trial, based upon the general grounds only.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED MARCH 23, 1917.

Accusation of misdemeanor; from city court of Tifton—Judge Eve. November 4, 1916.

*J. B. Murrow*, for plaintiff in error.

*J. S. Ridgdill*, solicitor, contra.